No. 11–8149. SNYDER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8151. GIBBS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–8161. RAY *v.* NASH ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–8255. HERNANDEZ-NAVARRETE *v.* HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 11–8256. SNOW *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–8279. BECKER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–8288. HAGANS *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 11–8303. BORDEN *v.* THOMAS, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–8383. PAREDES-BURBANO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–8443. NEWLAND *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–8459. JACKSON *v.* ROHM & HAAS PENSION PLAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–8486. ADLER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 11–8650. GRAFFIA *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–8662. BACCHUS *v.* SOUTHEASTERN MECHANICAL SERVICES, INC. C. A. 4th Cir. Certiorari denied.